UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JOSEPH LEONARD KAYLOR, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | No. 2:10-cv-33-GZS |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| Of Social Security, ) | |
| ) | |
|     Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 30, 2010, his Recommended Decision (Docket No. 14). Defendant filed its Objection to the Recommended Decision (Docket No. 15) on January 18, 2011. Plaintiff filed his Response to Defendant's Objection to the Recommended Decision (Docket No. 16) on February 4, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Decision of the Commissioner is hereby **VACATED** and the case is **REMANDED** for further proceedings consistent with the Magistrate Judge's Recommended Decision.

/s/George Z. Singal_____  
U.S. District Judge

Dated this 7th day of February, 2011.